247 So.2d 390

## SOUTHERN SAVINGS ASSOCIATION

v.

## ALLEN MORTGAGE & LOAN CORPORATION.

No. 51400.

May 12, 1971.

In re: Allen Mortgage & Loan Corporation applying for writs of certiorari, prohibition, mandamus or review.

Writ refused. The showing made does not warrant the exercise of this Court's supervisory jurisdiction.